IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SANTIAGO BALDERAS-
MORRONES,

§
§
§
§
§

*Petitioner,*

§
§
§

SA-26-CV-02954-FB

v.

§
§
§

TODD BLANCHE, ACTING U.S.
ATTORNEY GENERAL, *et al.*;

§
§
§
§

*Respondents.*

§
§
§

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which the District Court referred to the undersigned for all pretrial proceedings. On this day, the undersigned issued a report and recommendation, recommending the Petition for Writ of Habeas Corpus (ECF No. 1) be granted in part. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

The Court therefore **ORDERS** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 3rd day of June, 2026.

_____
**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**